**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA COURTHOUSE

| | |
|---|---|
| ARMANDO FONSECA, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>TCM FINANCIAL SERVICES, LLC, a California Limited Liability Company; JASON GARCIA, an individual; and JOHN and JANE DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | CASE NO.: SACV 07-944-AG(MLG)<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF ARMANDO FONSECA AS AGAINST TCM FINANCIAL SERVICES, LLC AND JASON GARCIA** |

　　　　Judgment by the Court is entered in the above-entitled and numbered case against Defendants TCM FINANCIAL SERVICES, LLC and JASON GARCIA, jointly and severally, and in favor of Plaintiff ARMANDO FONSECA on his claims in this case, in the amount of **$2,000.00**.

　　　　Judgment is also entered in this matter against Defendants TCM FINANCIAL SERVICES, LLC and JASON GARCIA, jointly and severally, and in favor of Plaintiff ARMANDO FONSECA and his counsel of record SHEWRY

<pre>
</pre>

& VAN DYKE, LLP on the total amount of attorney's fees and costs incurred, **$11,807.33.**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the total amount awarded by this judgment in favor of Plaintiff ARMANDO FONSECA and his attorneys of record, SHEWRY & VAN DYKE, apportioned as more specifically outlined above, is **$13,807.33**.

The Court reserves jurisdiction of this case for purposes of post-judgment motions by Plaintiff, to entertain post-judgment enforcement remedies, and for all other purposes consistent with the strictures of the Federal Rules of Civil Procedure.

Dated: October 30, 2008

_____
HON. ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fonseca, *et al.* v. TCM Financial Serv., *et al.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28